**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

MYRON T. SMITH                                                                                                PLAINTIFF

V.                                              1:08CV00064 WRW/HDY

INDEPENDENCE COUNTY JAIL                                                                    DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge William R. Wilson, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.   Why the record made before the Magistrate Judge is inadequate.

2.   Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

      3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

## DISPOSITION

On December 3, 2008, Plaintiff filed a *pro se* complaint (docket entry #1), pursuant to 42 U.S.C. § 1983. However, the $350.00 filing fee was not paid, and Plaintiff did not file an application for leave to proceed *in forma pauperis* ("IFP") Accordingly, Plaintiff was ordered to submit either the full filing fee, or an application for leave to proceed IFP, as well as an amended complaint (docket entry #2). Plaintiff complied with the order, and filed the application and complaint on December 22, 2008 (docket entries #5 & #6). However, at that same time, Plaintiff also filed a notice indicating that he had been released from jail (docket entry #4). Accordingly, Plaintiff's IFP application was denied, and he was ordered to either pay the filing fee, or to file a new IFP application which reflected his free-world status (docket entry #7). Plaintiff was also warned that his failure to respond within 30 days would result in the recommended dismissal of his complaint.

More than 30 days has passed, and Plaintiff has not paid the filing fee, filed a new IFP application, or otherwise responded to the Court's order. Under these circumstances, the Court

concludes that Plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2).

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   3   day of February, 2009.

*/s/ H. DAVID YOUNG*
UNITED STATES MAGISTRATE JUDGE