IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**MYRON T. SMITH**                                                                                                 **PLAINTIFF**

**v.**                                         **1:08CV00064-WRW-HDY**

**INDEPENDENCE COUNTY JAIL**                                                      **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered this date, Judgment is hereby entered dismissing this case without prejudice.

IT IS SO ORDERED this 19th day of February, 2009.

                                                         /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE